**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:          Angela U. Eze v. Wells Fargo Bank N.A.

Appellate case number:     01-19-00989-CV

Trial court case number:    1144917

Trial court:                            County Civil Court at Law No. 2 of Harris County

Appellant, Angela U. Eze, has filed an emergency motion for temporary relief seeking to stay a writ of possession. "A judgment of a county court may not under any circumstances be stayed pending appeal unless, within 10 days of the signing of the judgment, the appellant files a supersedeas bond in an amount set by the county court." TEX. PROP. CODE ANN. § 24.007); *see also Marshall v. Hous. Auth. of the City of San Antonio,* 198 S.W.3d 782, 786 (Tex. 2006) ("[I]f a proper supersedeas bond is not filed, the judgment may be enforced, including issuance of a writ of possession evicting the tenant from the premises."); *cf.* TEX. R. APP. P. 24 (providing for suspension of enforcement of judgment and review of trial court order on supersedeas). Accordingly, we **deny** appellant's emergency motion.

It is so ORDERED.

Judge's signature:      /s/  Sarah Beth Landau
                                     ☑ Acting individually     ☐ Acting for the Court

Date:   December 20, 2019